UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL ORLANDO, and the other
stockholders of Fit Pay, Inc., with Michael
Orlando as Shareholder Representative,



                     Plaintiffs,
-against-                                          20 **CIVIL** 1604 (MKV)

## JUDGMENT

NXT-ID INC., CROWDOUT CAPITAL,
LLC, and GARMIN INTERNATIONAL,
INC.,

                     Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, the motion of Defendant Nxt-ID for summary judgment is GRANTED. Plaintiffs' motion to dismiss the counterclaims asserted by Nxt-ID is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

         March 31, 2022

                                                                      **RUBY J. KRAJICK**

                                                                       Clerk of Court
                                    **BY:**

                                                                      **Deputy Clerk**